IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: SABRINA DICKERSON  　　　　　　　　　　　　CASE NO: 4:21-bk-12540 J
　　　　DEBTOR  　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13

## CHAPTER 13 ORDER DISMISSING CASE
## FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on April 13, 2023, Docket Entry 92, requiring the debtor to make specific payments to the Trustee. The order further provided that the case was to be dismissed if payments were not submitted as required. The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the debtor to comply with the court's order of April 13, 2023.

IT IS SO ORDERED.

Date: September 12, 2023　　　　　　　　　　　　　　/s/ Phyllis M. Jones
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Phyllis M. Jones
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge


cc:　Joyce Bradley Babin, Trustee

　　　Lyndsey D. Dilks
　　　Dilks Law Firm
　　　P O Box 34157
　　　Little Rock, AR  72203

　　　Sabrina Dickerson
　　　5 Laramie Cove, Apt. A
　　　Sherwood, AR  72120