# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0860−4 | User: admin | Date Created: 9/12/2023 |
| Case: 4:21−bk−12540 | Form ID: pdf06As | Total: 34 |

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee (ust)     USTPRegion13.LR.ECF@usdoj.gov
tr     Joyce Bradley Babin     ecfmail@13ark.com
aty     Frank Falkner     frank@dilkslawfirm.com
aty     Sheldon R. Singer     srsinger@lewisricekc.com

                                                                                                                                                                          TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Sabrina Dickerson     #5 Laramie Cove, Apt A     Sherwood, AR 72120
6699554     AAFES     Attn: Bankruptcy     Po Box 650060     Dallas, TX 75265
6699555     Ability Recovery Services LLC     Attn: Bankruptcy     Po Box 4262     Scranton, PA 18505
6699556     Acima Credit     9815 South Monroe Street     4th Floor     Sandy, UT 84070
6708053     Army & Air Force Exchange Services     Attention: GC−G     3911 S. Walton Walker Blvd.     Dallas, TX 75236
6699557     Bradley G. Dowler     PO Box 30310     Little Rock, AR 72260
6699558     Capital One     Attn: Bankruptcy     Po Box 30285     Salt Lake City, UT 84130
6699559     Capital One Auto Finance     Attn: Bankruptcy     Po Box 30285     Salt Lake City, UT 84130
6700960     Capital One Auto Finance, a division of     AIS Portfolio Services, LP     4515 N Santa Fe Ave. Dept. APS     Oklahoma City, OK 73118
6702210     Capital One Auto Finance, a division of Capital One, N.A.     4515 N. Santa Fe Ave. Dept. APS     Oklahoma City, OK 73118
6712326     Capital One Bank (USA), N.A.     4515 N Santa Fe Ave     Oklahoma City, OK 73118
6755701     Centerpoint Energy     Claims Center     PO Box 47604     Plymouth, MN 55447−0604
6699560     Comenity Bank/Torrid     Attn: Bankruptcy     Po Box 182125     Columbus, OH 43218
6699561     Fedloan     Attn: Bankruptcy     Po Box 60610     Harrisburg, PA 17106
6699562     First Premier Bank     Attn: Bankruptcy     Po Box 5524     Sioux Falls, SD 57117
6699563     Genesis Credit/Celtic Bank     Attn: Bankruptcy     Po Box 4477     Beaverton, OR 97076
6699564     I C System     Attn: Bankruptcy     444 Highway 96 East     Saint Paul, MN 55127
6699565     Internal Revenue Service     P O Box 7346     Philadelphia, PA 19101−7346
6699566     Keith A. Aiken     P O Box 772719     Memphis, TN 38177−2719
6707827     Midland Credit Management, Inc.     PO Box 2037     Warren, MI 48090
6699567     Midland Credit Mgmt Inc     2365 Northside Drive, Ste 300     San Diego, CA 92108
6717404     Premier Bankcard, LLC     Jefferson Capital Systems LLC; Assignee     PO Box 7999     St Cloud, MN 56302−9617
6715359     Quantum3 Group LLC as agent for Comenity Bank     PO Box 788     Kirkland, WA 98083−0788
6704066     Quantum3 Group LLC as agent for Genesis FS Card Services Inc     PO Box 788     Kirkland, WA 98083−0788
6699568     Regional Acceptance Co     Attn: Bankruptcy     1424 E Firetower Rd     Greenville, SC 27858
6704838     Regional Acceptance Corporation     PO Box 1847     Wilson, NC 27894−1847
6705190     U.S. Department of Education     120 N. Seven Oaks Dr.     Knoxville, TN 37922
6699569     UAMS     4301 West Markham     Little Rock, AR 72205−7101
6699570     Verizon Wireless     Attn: Bankruptcy     500 Technology Dr, Ste 599     Weldon Springs, MO 63304
6715362     Verizon by American InfoSource as agent     4515 N Santa Fe Ave     Oklahoma City, OK 73118

                                                                                                                                                                          TOTAL: 30